UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

MANUEL PUENTES-GARCIA,

    Petitioner,

          v.                   Civil No. 12-cv-1184-JPG

UNITED STATES OF AMERICA,       Criminal No 03-cr-30181-JPG

    Respondent.

## JUDGMENT

This matter having come before the Court, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that petitioner Manuel Puentes-Garcia's motion to vacate, set aside or correct his sentence pursuant to 28 U.S.C. § 2255 is denied, that judgment is entered in favor of respondent United States of America and against petitioner Manuel Puentes-Garcia, and that this case is dismissed with prejudice.

**DATED: May 13, 2013**          **NANCY J. ROSENSTENGEL, Clerk of Court**

                                   **s/ Jina Hoyt, Deputy Clerk**

**Approved:**     s/J. Phil Gilbert
                **J. PHIL GILBERT**
                **DISTRICT JUDGE**